UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DENISE MONCEAUX** | : | CIVIL ACTION NO. _____ |
| **VERSUS** | : | JUDGE _____ |
| **THE KROGER COMPANY** | : | MAGISTRATE JUDGE _____ |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA:

The Notice of defendant, THE KROGER COMPANY, for removal of this action from the 14th Judicial District Court sitting in and for the Parish of Calcasieu, State of Louisiana, to the United States District Court for the Western District of Louisiana, Lake Charles Division, respectfully avers that:

1.

On or about May 20, 2014, Denise Monceaux, filed an action in the 14th Judicial District for the Parish of Calcasieu, State of Louisiana, styled "*Denise Monceaux versus The Kroger Company.*", docket number 2014-2015-E ("the State Court Action").

2.

**The Kroger Company** was served through its agent for service of process on June 16, 2014.

3.

The following is a list of the parties involved in the case with a listing of their attorneys:

**THE KROGER COMPANY**
represented by:
**CHRISTOPHER P. IEYOUB #16978**
**WESLEY A. ROMERO #33344**
Post Office Drawer 1705
Lake Charles, LA 70602
(337) 436-0522 PHONE
(337) 436-9637 FAX

**DENISE MONCEAUX**
represented by:
**BLAINE A. DOUCET #20788**
130 Kirby Street
Lake Charles, La. 70601
(337) 433-0100 Telephone
(337) 491-6888 Facsimile

4.

Pursuant to 28 U.S.C. §1446(b)(2)(C), this Notice of Removal, filed within 30 days after receipt by the defendant of responses to written discovery, *i.e.,* other paper, is timely. Pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1332(a)(1), there is complete diversity of citizenship between the properly joined parties, and the defendant is not domiciled in Louisiana.

5.

Defendant avers that the damages sought exceed the amount in controversy requirement of 28 U.S.C. §1332. On or about August 1, 2014, plaintiff responded to defendants written discovery, admitting in her Answer to Request for Admission No. 2 that she is seeking damages in excess of $75,000. Exhibit A. Defendant further avers that plaintiff's response of August 1, 2014 was the first notice it received that plaintiff was seeking damages in excess of $75,000.

6.

According to the Petition for Damages, plaintiff, **DENISE MONCEAUX**, is domiciled in and resides in Calcasieu Parish, Louisiana.

7.

Defendant, **THE KROGER COMPANY** is an Ohio corporation with its principal place of business in Cincinnati, Ohio.

Written notice of the filing of this Notice of Removal and of the Removal of the above action is being delivered to plaintiff through her counsel of record. A copy of this Notice of Removal will be filed promptly with the Clerk of the **14th** Judicial District Court for the Parish of Calcasieu, State of Louisiana.

\* \* \* \* \* \* \* \* \*

**WHEREFORE**, premises considered, defendant, **THE KROGER COMPANY**, prays that the above action now pending in the **14TH** Judicial District Court in and for the Parish of **Calcasieu**, State of Louisiana, be removed therefrom to this Court and that the State Court action shall proceed no further therein.

Lake Charles, Louisiana, this 14th day of August, 2014.

Respectfully submitted,

PLAUCHE, SMITH & NIESET
(A Professional Law Corporation)

BY:   /s/ Christopher Ieyoub
**CHRISTOPHER P. IEYOUB #16978**
**WESLEY A. ROMERO #33344**
P. O. Drawer 1705
Lake Charles, LA 70602
(318) 436-0522
Attorneys for defendant,
**THE KROGER COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have mailed a copy of the above and foregoing **Notice of Removal** via United States mail, postage prepaid and properly addressed to:

**DENISE MONCEAUX**
Through her attorney of record
Blaine A. Doucet
130 W. Kirby Street
Lake Charles, LA 70601
(337) 433-0100 - Telephone
(337) 491-6888 - Facsimile

Lake Charles, Louisiana, this 14th day of August, 2014.

/s/ Christopher Ieyoub
CHRISTOPHER P. IEYOUB