| | | |
|---|---|---|
| DENISE MONCEAUX | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2014- 2015 "E" | : | PARISH OF CALCASIEU |
| THE KROGER COMPANY | : | STATE OF LOUISIANA |
| FILED: MAY 20 2014 | : | Shellai Lyne Hardy<br>DEPUTY CLERK OF COURT |

### PETITION FOR DAMAGES

The petition of **DENISE MONCEAUX ("DENISE")**, a person of the full age of majority and resident of and domiciled in the Parish of Calcasieu, State of Louisiana, with respect represents:

1.

Defendant, **THE KROGER COMPANY**, is a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through the Louisiana Secretary of State.

2.

On or about May 26, 2013, **DENISE** was shopping at the Kroger's store located at 139 W. McNeese Street in Lake Charles, Louisiana when she slipped on a wet floor and fell, resulting in serious personal injuries.

3.

Defendant, **THE KROGER COMPANY**, is guilty of the following, non-exclusive acts of negligence:

    a)     Failure to maintain the premises in a safe condition;

    b)     Failure to inspect the premises to insure against unsafe conditions;

    c)     Failure to warn customers of unsafe conditions on the premises;

    d)     Failure to property patrol and supervise the premises;

    e)     Allowing the premises to become dangerous without taking precautions to safeguard their customers;

    f)     Failure to properly maintain public walking areas; and

    g)     Any other acts of negligence, which may be proven at the trial of this matter.

SCANNED
JUN 0 2 2014

PROCESSED
Date: MAY 3 0 2014


Filing Date: 05/20/2014 12:00 AM
Case Number: 2014-002015
Document Name: PETITION

 Page Count: 2

Date MAY 2 0 2014
Check # 1462
From Blaine
Amt 353.00
Recd. By CL


EXHIBIT 1

4.

As a direct and proximate result of the aforementioned accident, **DENISE** suffered severe injuries, including, but not limited to, a right rotator cuff tear, right shoulder and neck pain, and headaches, along with emotional and mental suffering because of her injuries, resulting in her entitlement to recover damages for past, present and future physical pain and suffering, mental anguish and anxiety.

5.

As a result of said injuries, **DENISE** has incurred past medical, rehabilitation and pharmacy expenses, will incur additional future medical, rehabilitation and pharmacy expenses, and has suffered a loss of enjoyment of life, past, present and future, all of which entitles petitioner to recover damages as a result.

6.

**DENISE** demands judgment against Defendant, **THE KROGER COMPANY**, in just and reasonable sums to be determined by this Honorable Court.

**WHEREFORE**, petitioner, **DENISE MONCEAUX**, prays that after due proceedings had there be judgment herein in her favor and against defendant, **THE KROGER COMPANY**, in just and reasonable sums as prayed for herein, together with legal interest from date of judicial demand until paid, and for all other relief, both general and special, in law and in equity, to which she may show herself justly entitled.

Respectfully submitted,
*DOUCET LAW FIRM*

_____
**BLAINE A. DOUCET**, Bar #20788
130 W. Kirby Street
Lake Charles, Louisiana 70601
Telephone: (337) 433-0100
Facsimile: (337) 491-6888

**PLEASE SERVE:**
Defendant as set forth in Paragraph 1 above.

| | | |
|---|---|---|
| **DENISE MONCEAUX** | : | **14TH JUDICIAL DISTRICT COURT** |
| VS. NO. 2014- 2015 | : | **PARISH OF CALCASIEU** |
| **THE KROGER COMPANY** | : | **STATE OF LOUISIANA** |
| FILED: MAY 20 2014 | : | _Shellaulyne Hurd_ <br> **DEPUTY CLERK OF COURT** |

### AFFIDAVIT OF VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF CALCASIEU**

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified within and for the State and Parish aforesaid, personally appeared **DENISE MONCEAUX**, who, after being by me duly sworn, said that she has read the above-captioned petition, and all of the allegations of fact contained therein are true and correct, to the best of her knowledge, information, and belief.

_Denise Monceaux_
**DENISE MONCEAUX**

SWORN TO AND SUBSCRIBED, before me, this ____ day of May, 2014, in Lake Charles, Louisiana.

_Tammie M. Thomas_
**TAMMIE M. THOMAS**
**NOTARY PUBLIC #34940**

Filing Date: 05/20/2014 12:00 AM    Page Count: 1
Case Number: 2014-002015
Document Name: FILE AFFIDAVIT

Page 3 of 3