LAW OFFICES

# PLAUCHÉ, SMITH & NIESET, L.L.C.

| | | |
|---|---|---|
| JAMES R. NIESET * | A LIMITED LIABILITY COMPANY | S.W. PLAUCHÉ (1889-1952) |
| FRANK M. WALKER, JR. | 1123 PITHON STREET | S.W. PLAUCHÉ. JR. (1915-1966) |
| MICHAEL J. MCNULTY, III * | LAKE CHARLES, LOUISIANA 70601 | A. LANE PLAUCHÉ (1919-2006) |
| JEFFREY M. COLE | | ALLEN L. SMITH, JR. (1936-2015) |
| CHARLES V. MUSSO, JR. | | |
| CHRISTOPHER P.  IEYOUB | | P.O. DRAWER 1705 |
| H. DAVID VAUGHAN, II | | LAKE CHARLES, LA 70602 |
| JOSEPH R. POUSSON, JR. | | |
| V. ED MCGUIRE, III | | (337) 436-0522 |
| ERIC W. ROAN | | FAX (337) 436-9637 |
| SAMUEL B. GABB | | www.psnlaw.com |
| MARY SHADDOCK JONES * | | |
| KENDRICK J. GUIDRY | | _____ |
| MICHAEL J. WILLIAMSON | | * Of Counsel |
| WESLEY A. ROMERO | | |
| KYLE M. BEASLEY | | ** also admitted in New York |
| ASHLEY D. BOUTTE ** | | |

August 8, 2016

**VIA FACSIMILE - (337) 437-3969**

**Honorable Patricia Minaldi**
United States District Judge
611 Broad Street, Suite 328
Lake Charles, LA  70601

Re: Denise Monceaux                    TRIAL DATE: AUGUST 22, 2016
Vs. No. 14-CV-02492
The Kroger Company
USDC – WDLA

Dear Judge Minaldi:

This is to advise that the parties have reached an agreement to settle the captioned case. We respectfully request that the matter be removed from the docket and that a 60-day Dismissal Order be issued. Please advise if any further action is required at this time.

With kindest regards, I am

Sincerely,

*/s/ Christopher P. Ieyoub*

CHRISTOPHER P. IEYOUB

CPI/dkm
cc via CM/ECF:     Blaine A. Doucet
Donald W. McKnight
John Lee Hoffoss, Jr.
Wesley A. Romero